

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

March 15, 2021

<u>Via CM/ECF</u>
The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

    RE:    Parkell  v. Pierce, et al.
              C.A. No. 1:15-cv-00718-SB

Dear Judge Bibas:

    Please allow this letter to serve as the parties' joint response to your March 8, 2021 Oral Order for trial availability for the parties in October of 2021. The parties are available in the third week of October, beginning October 18th, 2021.

    I am available at the Court's convenience to address any questions or concerns this letter may raise. Thank you.

    Respectfully submitted,

    <u>/s/ Kenneth L. Wan</u>

    Kenneth L. Wan

cc:    Jared T. Green, Esq. (<u>Via CM/ECF</u>)