IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD D. PARKELL, | : | |
| | : | |
| Plaintiff. | : | |
| v. | : | C.A. No. 15-718-SB |
| | : | |
| RONALD FREDERICK, ET AL. | : | |
| | : | |
| Defendants. | : | |

### SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stephen M. Ferguson hereby withdraws his appearance as attorney for Defendant Ronald Frederick in the above-captioned matter and that Deputy Attorney General Robert M. Kleiner enters his appearance on behalf of Defendant Ronald Frederick.

| | |
|---|---|
| **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** |
| /s/ Stephen M. Ferguson<br>Stephen M. Ferguson, ID #5167<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Fl.<br>Wilmington, Delaware 19801<br>(302) 577-8400 | /s/ Robert M. Kleiner<br>Robert M. Kleiner, ID #5505<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Fl.<br>Wilmington, Delaware 19801<br>(302) 577-8400 |

DATED: August 2, 2021