## SEITZ VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELORS AT LAW

BERNARD A. VAN OGTROP      Writer's Direct Dial:  (302) 888-7606     JAMES S. GREEN, JR.
R. KARL HILL     Writer's E-Mail Address: jtgreen@svglaw.com     JARED T. GREEN
www.svglaw.com

August 5, 2021

**VIA CM/ECF**
The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

**JOINT STATUS REPORT**

Re: *Parkell v. Frederick, et al.*
15-cv-00718 SB

Dear Judge Bibas:

    Undersigned counsel have conferred regarding the possibility of mediation and have concluded that it will likely not be fruitful.  As such, the parties intend to proceed to trial on October 18, 2021.  Counsel will confer shortly regarding pre-trial deadlines.

    Counsel is available at the Court's convenience.

| Respectfully, | Respectfully, |
|---|---|
| /s/ *Jared T. Green* | /s/ *Robert Kliener* |
| JARED T. GREEN | ROBERT KLIENER |
| Attorney for Plaintiff | Attorney for Defendants |

JTG/cw