# S<span>EITZ</span> V<span>AN</span> O<span>GTROP</span> & G<span>REEN</span>, P.A.
### ATTORNEYS AND COUNSELORS AT LAW

BERNARD A. V<span>AN</span> O<span>GTROP</span>　　　　Writer's Direct Dial: (302) 888-7606　　　　JAMES S. GREEN, JR.
R. KARL HILL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JARED T. GREEN

Writer's E-Mail Address:  jtgreen@svglaw.com
www.svglaw.com

August 11, 2021

**<u>VIA CM/ECF</u>**
The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

Re:  ***Donald D. Parkell v. Ronald Frederick, et al. (D. Del. 1:15-cv-00718-SB)***

Dear Judge Bibas:

Counsel have conferred and are available for a pre-trial conference on October 4, 2021, at 2:00 p.m.

Counsel are available at the Court's convenience should there be any need to discuss a different time or date.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　*/s/ Jared T. Green*

　　　　　　　　　　　　　　　　　　JARED T. GREEN

JTG/cas